UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**BROOKE HAND**,

    Plaintiff,

v.                          CASE NO.    3:17-cv-218-J-25JRK

**BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC.,** d/b/a **FLORIDA BLUE**,

    Defendant.

_____**/**

## O R D E R

Pursuant to Plaintiff's Notice of Dismissal (Dkt. 8), it is

**ORDERED** that this action is **DISMISSED with prejudice.** The Clerk is directed

to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of June,

2017.

**HENRY LEE ADAMS, JR.**
United States District Judge

Copies to:  Counsel of Record